NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

ANTONIO CARLOS BATISTA DA SILVA, VANIA GONCALVES DA SILVA, AND LUCAS GONCALVES DA SILVA,
*Petitioners,*

v.

ERIC HOLDER, ATTORNEY GENERAL,
*Respondent.*

---

2012-3003

---

On petition for review of an order of the Board of Immigration Appeals, Agency No. AO88-620-740, AO88-620-741, and AO88-620-742.

---

## ORDER

Upon review of this recently docketed petition for review, we determine that the parties should be directed to show cause why this petition should not be transferred to the United States Court of Appeals for the Eleventh Circuit.

The petitioners seek review of an August 26, 2011 order of the Board of Immigration Appeals. The petitioners used a form to request review, and that form (which is

used to obtain review of other agency proceedings) mentions review by this court, not by the regional circuit. The petitioners mailed their petition to the United States Court of Appeals for the Ninth Circuit. It appears that the Ninth Circuit received the petition on September 23, 2011. The Ninth Circuit transmitted the petition to this court, apparently because the petitioners requested review by this court. This court received the transmitted petition on October 7, 2011.

This court is a court of limited jurisdiction. 28 U.S.C. § 1295. It appears that petitions for review of orders of a Board of Immigration Appeals are to be directed to the court of appeals for the judicial circuit in which the immigration judge completed the proceedings. Although the documents transmitted do not indicate that location, we presume that the proceedings were in Florida, where the petitioners indicate that they live. Thus, we direct the parties to show cause within 14 days of the date of filing of this order why this petition should not be transferred to the Eleventh Circuit pursuant to 28 U.S.C. § 1631.

Accordingly,

IT IS ORDERED THAT:

The parties are directed to show cause, within 14 days of the date of filing of this order, why this petition should not be transferred to the Eleventh Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

__OCT 1 1 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Antonio Carlos Batista Da Silva
Vania Goncalves Da Silva

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 1 1 2011

JAN HORBALY
CLERK

Lucas Goncalves Da Silva
Jeanne E. Davidson, Esq.
Office of Immigration Litigation, Appellate Section,
P.O. Box 8178, Ben Franklin Station, Washington, DC
20044
Eric Holder, Esq.
DHS/ICE Office Of Chief Counsel, Mia, 333 South
Miami Ave., Suite 200, Miami Fl 33130

s8